**Bryan WRICE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 59687.**

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 19, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 19, 1991.

Application to Transfer Denied
Jan. 28, 1992.

Cheryl Rafert, St. Louis, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant, Bryan Wrice, appeals from the denial of his Rule 24.035 motion without an evidentiary hearing. We have reviewed the record below and the briefs of the parties and find that the findings of fact and conclusions of law of the motion court were not clearly erroneous. As we further find that no jurisprudential purpose would be served by a full opinion, we affirm pursuant to Rule 84.16(b).